# UNITED STATES DISTRICT COURT
## FOR THE
## EASTERN DISTRICT OF NORTH CAROLINA
## SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.  Crim. No. 7:10-M-1052-1

AMANDA LOUISE OREN

On Wednesday, April 14, 2010, the above named was placed on probation, pursuant to 18 U.S.C. §3607, for a period of 12 months. The offender has complied with the rules and regulations of probation and is no longer in need of supervision. It is accordingly recommended that the offender be discharged from supervision.

Respectfully submitted,

/s/ Kevin L. Connolley  
Kevin L. Connolley  
Supervising U.S. Probation Officer

## ORDER OF COURT

Pursuant to the above report, it is ordered that the offender be discharged from supervision and that the proceedings in the case be terminated.

Dated this __23rd__ day of __February__, 2011.

Robert B. Jones, Jr.  
U.S. Magistrate Judge